

Glenn W. Bever
466 W Tenaya Ave
Clovis, CA 93612-0739

```
FILED
DEC 02 2019
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
```

JFLF

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In re:　　　　　　　　　　　　　　　　　Case No.: 19-14823-B-13

　　Glenn W. Bever,

　　　　　Debtor.

---

**DEBTOR'S VERIFIED APPLICATION FOR 14 DAY ENLARGEMENT OF TIME
TO FILE PLAN, SCHEDULES AND OTHER DOCUMENTS**

---

I, Glenn W. Bever, hereby declare:

1. Debtor timely moves this court for additional time of 14 days to file a plan, various schedules and other required documents, including: Chapter 13 Plan; Form 122C-1 Statement of Monthly Income; Schedule A/B – Real and Personal Property; Schedule C – Exempt Property; Schedule D – Secured Creditors; Schedule E/F – Unsecured Claims; Schedule G – Executory Contracts; Schedule H – Codebtors; Schedule I – Current Income; Schedule J – Current Expend; Statement of Financial Affairs; Summary of Assets and Liabilities.

2. Such documents are currently due 12/03/2019.

3. This is the Debtor's first request for more time.

4. The basis for the request is: Debtor is not an attorney and needs more time to figure out how to fill out the schedules.

1

5. Debtor requests 14 days up to and including Tuesday, December 17, 2016.

6. This motion is made in good faith and not for the purpose of delay.

7. Additionally, Debtor is attempting to locate a bankruptcy attorney to assist with said documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

Dated: December 02, 2016

_____
Glenn W. Bever, Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on the date last written below I served the foregoing document on the following by depositing it in the U. S. Mail, first class postage prepaid addressed, as follows:

Michael H. Meyer, Trustee
PO Box 28950
Fresno, CA 93729-8950


INSIGHT INVESTING LLC
2534 STATE STREET
San Diego CA 92101


8600 NORWALK WHITTER LLC
6300 WILLSHIRE BLVD
SUITE 1610
LOS ANGLES, CA 90048


KEENAN MCCLENAHAN
THE LAW OFFICES OF EDWARD T. WEBER
17151 NEWHOPE STREET STUITE 203
FOUNTAIN VALLEY, CA 92708


Dated: December 02, 2019

_____
Glenn W. Bever, Debtor

3