

Glenn W. Bever
466 W Tenaya Ave
Clovis, CA 93612-0739

CWEF

**FILED**
**DEC 16 2019**
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In re:                                                          Case No.: 19-14823-B-13
    Glenn W. Bever,

        Debtor.

---

**DEBTOR'S VERIFIED APPLICATION FOR 14 DAY ENLARGEMENT OF TIME
TO FILE PLAN, SCHEDULES AND OTHER DOCUMENTS**

---

I, Glenn W. Bever, hereby declare:

1. Debtor timely moves this court for additional time of 14 days to file a plan, various schedules and other required documents, including: Chapter 13 Plan; Form 122C-1 Statement of Monthly Income; Schedule A/B – Real and Personal Property; Schedule C – Exempt Property; Schedule D – Secured Creditors; Schedule E/F – Unsecured Claims; Schedule G – Executory Contracts; Schedule H – Codebtors; Schedule I – Current Income; Schedule J – Current Expend; Statement of Financial Affairs; Summary of Assets and Liabilities.

2. Such documents are currently due 12/17/2019.

3. This is the Debtor's second request for more time.

4. The basis for the request is: Debtor has been separated from his papers and other

1

records as a result of being unlawfully forced out of his home by a Sheriff's Deputy in collusion with Edward T. Weber (the employer of creditor Keenan E McClenahan). In addition, Debtor is not an attorney and needs more time to find a place to set up his office.

5. Debtor requests 14 days up to and including Wednesday, December 31, 2019.
6. This motion is made in good faith and not for the purpose of delay.
7. Additionally, Debtor is attempting to locate a bankruptcy attorney to assist with said documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

Dated: December 13, 2019

Glenn W. Bever, Debtor