EDC.006–625  Order on Extension of Deadline to File Missing Documents and Extension of Time for Dismissal of Case  (v.3.14)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**ORDER ON EXTENSION OF DEADLINE TO FILE MISSING DOCUMENTS AND EXTENSION OF TIME FOR DISMISSAL OF CASE**

In re
Glenn W. Bever
466 W Tenaya Ave
Clovis, CA 93612

Debtor(s).

Case Number
**19–14823 – B – 13**

The court has reviewed the Debtor(s) ex parte motion to extend time to file certain missing case related documents filed with this court on 12/16/19 (the "Ex Parte Motion"). The case trustee and the U.S. Trustee have been given electronic notice of the Ex Parte Motion as required by FRBP 1007(c) and no objection has been filed.

The court's Notice of Incomplete Filing and Notice of Intent to Dismiss Case If Documents Are Not Timely Filed (the "NOID") required the missing documents to be filed with the court not later than 12/17/19. Based on the Ex Parte Motion, and good cause appearing,

[ ] GRANTED.

**IT IS ORDERED** that the time set forth in the NOID for the Debtor(s) to file the required missing documents shall be extended until 12/31/19.

The Debtor(s) is (are) responsible to give timely notice of commencement of the case, and of all deadlines, to all creditors not included on the original master address list. The Debtor(s) shall file a proof of service showing that all creditors were served with said notice not later than five (5) court days after the Missing Documents are filed.

**IT IS FURTHER ORDERED** (chapter 13 only) that the Debtor(s) is (are) also responsible to serve the Chapter 13 plan with a motion for confirmation and set that matter for hearing in compliance with Local Rule 3015–1(c)(3) .

**IT IS FURTHER ORDERED** that the clerk of the court shall dismiss this case pursuant to the NOID without further notice if the Debtor(s) does (do) not file the Missing Documents by the extended date set forth above.

**IT IS FURTHER ORDERED** that no further extensions of time to file the Missing Documents will be granted by ex parte application. In all other respects, the NOID shall remain applicable.

[X] DENIED. This is the second request.  Applicant first said he needed time to "figure out" the schedules and find an attorney.  Now, applicant claims he needs time to set up an office and find an attorney.  There are no facts supporting the application that were not present when the first request was made.

Dated: Dec 17, 2019

By the Court

*René Lastreto II*
René Lastreto II, Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Order on Extension of Deadline to File Missing Documents and Extension of Time for Dismissal of Case.

Glenn W. Bever
466 W Tenaya Ave
Clovis, CA 93612

Michael H. Meyer
PO Box 28950
Fresno, CA 93729–8950