

FILED
DEC 19 2019
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
BSOF

Glenn W. Bever
466 West Tenaya Avenue
Clovis, CA 93612
(559) 916-5297

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

In re:
Glenn W. Bever,

         Debtor.
_____/

Case No.: 19-14823

**EMERGENCY VERIFIED MOTION FOR INJUNCTION AND ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED ON KEENAN E MCCLENAHAN AND EDWARD T WEBER AND FRESNO COUNTY SHERIFF'S DEPUTY III JAVIER PUENTE AND ASSOCIATE DEPUTY HICKS AND UNKNOWN NAMED SUPERVISOR**

**SHERIFF PLEASE NOTE**: 11 U.S.C. 362(a)(2), (3) "Automatic Stay":

(a) Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title, or an application filed under section 5(a)(3) of the Securities Investor Protection Act of 1970, **operates as a stay, applicable to all entities**, of—

(2) the **enforcement**, against the debtor or against property of the estate, **of a judgment obtained before the commencement of the case** under this title;

(3) **any act** to **obtain possession** of property of the estate or of property from the estate or to **exercise control over property** of the estate;

Debtor Glenn W. Bever, by and through his undersigned counsel, moves for an Injunction to stop all named parties from continuing or repeating the acts described below in violation of the Automatic Stay, and also an Order to show cause why sanctions should not be imposed on Creditor Attorney Keenan E. McClenahan (Bar #151336, phone (657) 235-8359, email keenan@eweberlegal.com), and/or his employer, Attorney Edward T. Weber (Bar

#194963, phone (657) 235-8359, email ed@eweberlegal.com) (both at the Law Offices of Edward T Weber, 17151 Newhope St, Ste 203, Fountain Valley, CA 92708-4226) and Fresno County Sheriff's Deputy III Javier Puente and Associate Deputy Hicks and an unknown-named Supervisor at the Sheriff's Office.

On November 19, 2019, I filed this Bankruptcy case.

On November 21, 2019, a Fresno County Sheriff's Deputy knocked on my door at about 6:00 AM, and told me that he was there to evict me, but he was not going to do it that day, but he would be doing it soon, and he would not give notice. I informed him that the Automatic Stay was in effect because I had filed this bankruptcy case two days earlier, on November 19, 2019, and the Deputy said it didn't matter.

Today, December 11, 2019, a "Fresno County Sheriff's Deputy III" Javier Puente (see Exhibits A and B) knocked on my door along with trainee Hicks at about 11:00 AM, and ordered me to vacate. I asked him twice if he had papers from the court, and he said "No, the attorney from Orange County called my supervisor and told us to evict you." He said the attorney's name is Edward Weber. I showed him my Bankruptcy filing, and he called his supervisor twice. I asked for the name of the supervisor, but he would not tell me. Please note that Keenan E. McClenahan, who is listed as a Creditor, works for Edward Weber, so it is likely that he is involved. Those two Sheriff's employees forced me out of my home, and brought in a locksmith to change the locks.

I am now re-taking possession of my house, and I anticipate more problems from these people unless the Court enjoins and sanctions this unlawful and wrongful behavior.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct pursuant to 28 U.S.C. 1746.

Executed on: December 11, 2019     /s/ _____
Glenn W. Bever
466 West Tenaya Avenue
Clovis, CA 93612

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date last written below, I electronically filed the foregoing on the following parties by U.S. first class mail:

Tracy Hope Davis, US Trustee
450 Golden Gate Ave, 5th Fl
Suite #05-0153
San Francisco, CA 94102

Trustee Michael H. Meyer
PO Box 28950
Fresno, CA 93729-8950
(559) 275-9512

8600 NORWALK WHITTER LLC
6380 WILSHIRE BLVD STE 1610
LOS ANGELES CA 90048

8600 NORWALK WHITTER LLC
c/o EDWARD T WEBER ATTORNEY
6380 WILSHIRE BLVD STE 1610
LOS ANGELES CA 90048

INSIGHT INVESTING LLC
2534 STATE STREET
SAN DIEGO CA 92101

EDWARD T WEBER
17151 NEW HOPE STREET STE 203
FOUNTAIN VALLEY CA 92708

KEENAN E MCCLENAHAN
17151 NEW HOPE STREET STE 203
FOUNTAIN VALLEY CA 92708

Margaret Mims
FRESNO COUNTY SHERIFF
2200 FRESNO ST
FRESNO, CA 93724

DATED: December 18, 2019

/s/ 
Glenn W. Bever
466 West Tenaya Avenue
Clovis, CA 93612

# EXHIBIT A

# EXHIBIT B