Edward T. Weber, Esq., #194963
Kristi M. Wells, Esq., # 276865
**LAW OFFICES OF EDWARD T. WEBER**
17151 Newhope Street, Suite 203
Fountain Valley, California 92708
Telephone: 657-235-8359
Fax: 714-459-7853
Email: ed@eweberlegal.com

Attorney for 8600 NORWALK WHITTIER LLC

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| In Re<br><br>Glenn W. Bever,<br><br>Debtor. | Case No.: 19-14823<br><br>*Chapter 13*<br><br>**OPPOSITION TO EMERGENCY VERIFIED MOTION FOR INJUNCTION AND ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED ON KEENAN MCCLENAHAN AND EDWARD T WEBER AND FRESNO COUNTY SHERIFF'S DEPUTY III JAVIER PUENTE AND ASSOCIATE DEPUTY HICKS AND UNKNOWN NAMED SUPERVISOR**<br><br>NO HEARING SET/REQUESTED |

**TO THE COURT AND THE DEBTOR:**

1. 8600 NOWALK WHITTIER, LLC is the owner of record for the real property located at 466 West Tenaya Avenue, Clovis, California 03612.

2. On October 15, 2019, said party obtained a Judgment in Unlawful Detainer regarding the real property. A true and correct copy of the Judgment is attached hereto for reference.

-1-
OPPOSITION

3. On October 21, 2019, said party obtained a Writ of Execution from the Superior Court and forwarded it to the Sheriff for enforcement. A true and correct copy of the Writ is attached hereto for reference.

4. This case was filed by the Debtor on November 19, 2019 under Chapter 13. Debtor has never filed schedules, statements, or a Plan, and has asked twice for an extension to do so. The second request was denied by the Court and this case was dismissed on December 18, 2019.

5. Plaintiff believes the Bankruptcy Petition was filed for the sole and improper purpose of delaying the eviction and for no other reason. Debtor never filed schedules, statements, or a Plan and asked for two extensions to do so.

6. The instant case was the Debtor's 3rd filing in this Court since 2016. The first was filed under Chapter 7 on January 27, 2016 and was closed on May 24, 2017 with a Discharge. The second case was filed on March 20, 2018 under Chapter 13 and was dismissed June 13, 2019. A true and correct copy of the Court's records evidencing these filings are attached hereto for reference.

7. The Sheriff's office posted the Writ on or about November 21, 2019.

8. The Sheriff returned on December 11, 2019 to enforce the Writ, and otherwise complied with all non-bankruptcy procedures in doing so.

9. With regard to this Bankruptcy filing, it is the position of the Plaintiff, counsel, and the Sheriff, that the filing of the Chapter 13 Petition did not create a Stay since the Judgment and the Writ were obtained pre-petition and all rights to occupy the property were terminate prior to the Petition. Counsel and the Sheriff relied on 11 USC Section 362(b)(22) which states that the filing does not operate as a Stay with respect to the continuation of any eviction, unlawful detainer action or similar proceeding, when there is a Judgment obtained prior to the Petition date. This is also supported by *In re Smith* 105 B.R. 50 (1989); and *Eden Place, LLC v. Perl,*

///

///

///

513 B.R. 566, (B.A.P. 9th Cir. 2014). Accordingly, no violation of the Stay occurred and the actions of the Sheriff in removing the occupants were lawful and valid in all respects.

WHEREFORE, Plaintiff requests that the herein motion be denied, and for such other and further relief as the Court deems just and proper.

Dated: December 23, 2019

LAW OFFICES OF EDWARD T. WEBER

By: *[signature]*
Edward T. Weber, Esq.
Attorneys for Plaintiff

1  I, declare and state as follows:

2  I am over the age of eighteen years, employed in the County of Orange, State of
3  California, and not a party to the within action. My business address is: 17151 Newhope Street,
4  Suite 203, Fountain Valley, CA 92708.

5  On December 23, 2019, I served the within: **OPPOSITION TO EMERGENCY VERIDIED MOTION FOR INJUNCTION AND ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED ON KEENAN MCCLENAHAN AND EDWARD T. WEBER AND FRESNO COUNTY SHERIFF'S DEPUTY III JAVIER PUENTE AND ASSOCIATE DEPUTY HICKS AND UNKNOWN SUPERVISOR** on the parties in said action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

*Debtor – PRO SE*
**Glenn W. Bever**
466 W Tenaya Ave
Clovis, CA 93612

*Trustee*
**Michael H. Meyer**
PO Box 28950
Fresno, CA 93729-8950

*U.S. Trustee*
**Office of the U.S. Trustee**
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

By regular US Mail: I caused such envelope with postage fully prepaid to be placed in the United States Mail at Fountain Valley, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: December 23, 2019　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Crystal Dalton